IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN ALONZO CASTRO,<br><br>　　　　　　　Defendant. | 8:21CR112<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Rebecca J. Smith to withdraw as counsel for the defendant, Martin Alonzo Castro (Filing No. 70). Chinedu Igbokwe has filed an entry of appearance as retained counsel for Martin Alonzo Castro. Therefore, Rebecca J. Smith's motion to withdraw (Filing No. 70) will be granted.

Rebecca J. Smith shall forthwith provide Chinedu Igbokwe any discovery materials provided to the defendant by the government and any such other materials obtained by Rebecca J. Smith which are material to Martin Alonzo Castro's defense.

The clerk shall provide a copy of this order to Chinedu Igbokwe.

**IT IS SO ORDERED.**

Dated this 25th day of May, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge