# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:21CR112 |
| vs. | ) | |
| LUIS ALBERTO CASTRO-SANTOS, TOMAS DE LA CRUZ-PEREZ, MARTIN ALONZO CASTRO, and ESTUARDO HERNANDO RUIZ-OROZCO, | ) | ORDER |
| Defendants. | | |

This matter is before the court on the defendant Estuardo Hernando Ruiz-Orozco's unopposed Motion to Continue Trial [76]. Counsel needs additional time to conduct plea negotiations. No party objects to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [76] is granted, as follows:

1. The jury trial, **for all defendants**, now set for July 26, 2021 is continued to **September 20, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **September 20, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** July 14, 2021.

**BY THE COURT:**

s/ Susan M. Bazis
**United States Magistrate Judge**