IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS ALBERTO CASTRO-SANTOS, TOMAS DE LA CRUZ-PEREZ, MARTIN ALONZO CASTRO, and ESTUARDO HERNANDO RUIZ-OROZCO, <br><br> Defendants. | 8:21CR112 <br><br> ORDER |

This matter is before the Court on the government's Motion to Dismiss Portions of the Forfeiture Allegation (Filing No. 83). The government states that judicial forfeiture of certain United States currency listed in Paragraph 2 of the Forfeiture Allegation is unnecessary because the money has already been administratively forfeited by U.S. Customs and Border Protection. Based on the foregoing, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED:

1. The government's Motion to Dismiss Portions of the Forfeiture Allegation (Filing No. 83) is granted.

2. Subsections (a) through (d) of Paragraph 2 of the Forfeiture Allegation as set forth in the Indictment, which respectively denote approximately $17,561.00, $9,170.00, $1,275.00, and $3,600.00 in United States currency seized on or about April 14, 2021, are hereby dismissed.

3. All other provisions remain the same.

Dated this 28th day of December 2021.

BY THE COURT:

Robert F. Rossiter, Jr.,
Chief United States District Judge