IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARTIN ALONZO CASTRO, ) <br> ) <br> Defendant. ) <br> ) | 8:21CR112 <br><br> ORDER |

    This matter is before the court on the defendant's Unopposed Motion to Continue Trial [110]. Counsel is requesting additional time to negotiate a resolution short of trial. The court had a telephone conference with the attorneys on June 15, 2022. Based on the motion, and the information provided in the telephone conference, the court finds that good cause has been shown.

    **IT IS ORDERED** that the Motion to Continue Trial [110] is granted, as follows:

1. The jury trial, now set for June 21, 2022, is continued to **August 29, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 29, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED: June 16, 2022.**

                                              **BY THE COURT:**

                                              s/ Susan M. Bazis
                                              **United States Magistrate Judge**